



# MEMORANDUM OPINION

No. 04-12-00440-CV

**IN THE INTEREST OF C.A.P.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00593
Honorable Thomas F. Lee, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  August 22, 2012

DISMISSED FOR LACK OF JURISDICTION

On June 22, 201, the trial court signed a default order terminating appellant's parental rights.  Appellant timely filed a notice of accelerated appeal.  However, on July 11, 2012, the trial court signed an order that vacated and set aside the order of termination.  The order recites that appellant is incarcerated and had filed an answer, but had not been given the opportunity to appear by telephone for the final trial.  A supplemental clerk's record containing the July 11 order has been filed in this court.

Because there is no longer an appealable order, we dismiss the appeal for lack of jurisdiction.

PER CURIAM